UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 1 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSHUA SHANE BARTLETT; et al., | No. 25-6217 |
| Petitioners - Appellees, | D.C. No. 3:23-cv-01097-CL District of Oregon, Portland |
| v. | |
| STATE OF OREGON, | ORDER |
| Respondent - Appellee, | |
| v. | |
| HAMID MICHAEL HEJAZI, | |
| Movant - Appellant. | |

Appellant has not timely filed the opening brief or filed a motion to proceed in forma pauperis or proof that fees were paid to the district court, as ordered by this court on October 23, 2025.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT